AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennedy, Jr., Henry H. | U. S. District Court, D.C. | 05/14/2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ___ Nomination, Date 05/15/1997 <br><br> ___ Initial   x Annual   ___ Final | 01/01/2003 to 12/31/2003 |

**7. Chambers or Office Address**

United States Courthouse

333 Constitution Ave., N. W.

Washington, D.C. 20001

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Trustee | Princeton University |
| 2 | Director | Washington Tennis and Education Foundation |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2003 | Judicial Salary | |
| 2 | 2003 | ███ salary from law firm (Ashcraft and Gerel) | |
| 3 | | | |
| 4 | | | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED MAY 14 12 49 PM '04

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Jr., Henry H. | 05/15/2003 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Fidelity Magellan Mutual Fund | A | Dividend | J | T | | | | | |
| 2 Fidelity Over the Counter Mutual Fund | B | | J | T | | | | | |
| 3 Janus Twenty Mutual Fund | B | Dividend | M | T | | | | | |
| 4 Pepco Stock (common) | A | Dividend | J | T | | | | | |
| 5 Citibank Bank Accounts | B | Interest | J | T | | | | | |
| 6 Bank of America Bank Account | A | Interest | J | T | | | | | |
| 7 Antioch Credit Union Account | A | Interest | J | T | | | | | |
| 8 Lucent Stock (common) | | None | J | T | | | | | |
| 9 Fidelity Money Market Account | A | Interest | J | T | | | | | |
| 10 Citicorp Stock (Common) | A | Dividend | J | T | | | | | |
| 11 Boeing Company | A | Dividend | J | T | | | | | |
| 12 America Online | | None | J | T | | | | | |
| 13 Amazon (common) | | None | J | T | | | | | |
| 14 Global Crossing (common) | | None | J | T | | | | | |
| 15 Munnder Net Net Mutual Fund | A | Dividend | J | T | | | | | |
| 16 America Online (common) | | None | J | T | | | | | |
| 17 Tumbleweed (common) | | None | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 United Parcel Service (common) | | None | J | T | | | | | |
| 19 Van Wagoner Tech Mutual Fund | A | Dividend | J | T | | | | | |
| 20 Celera (common) | | None | J | T | | | | | |
| 21 Bigchange Network (preferred) | | None | J | W | | | | | |
| 22 Brandes Investment Partners (widely held investment fund) | C | Dividend | M | T | | | | | |
| 23 Windham Capital Management (widely held investment fund) | C | Dividend | L | T | | | | | |
| 24 TCW Investment Management Co (widely held investment fund) | C | Dividend | L | T | | | | | |
| 25 E. I. Dupont (common) | A | Dividend | J | T | | | | | |
| 26 Hewlett Packard (common) | A | | J | T | | | | | |
| 27 Avaya (common) | | None | J | T | | | | | |
| 28 Lockwood Financial Services Account | A | Interest | J | T | | | | | |
| 29 Agere Systems (common) | | None | J | T | | | | | |
| 30 Travelers | | None | J | T | spin off cit | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2) U=Book Value  V=Other  W=Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Kennedy, Jr., Henry H. | 05/15/2003 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature        Date 5/14/0r

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544